Charles Arvel STEVENSON, aka Arvel Stevenson, aka Fat Boy, aka Charles Stevenson, Petitioner—Appellant,

v.

UNITED STATES of America, Respondent—Appellee.

No. 05–35163.

D.C. Nos. CV–04–00163–BLG, CR–01–00049–BLG.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 11, 2005.*

Decided Oct. 18, 2005.

Charles Stevenson, Yankton, SD, pro se.

Before T.G. NELSON, WARDLAW and TALLMAN, Circuit Judges.

MEMORANDUM**

Federal prisoner Charles Arvel Stevensen appeals pro se the district court's denial of his 28 U.S.C. § 2255 motion to vacate or correct his sentence for conspiracy and distribution of methamphetamine. Under *United States v. Booker,* —— U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), and *Blakely v. Washington,* 542 U.S. 296, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004), Stevenson contends that the district court erred in enhancing his sentence based on judge-

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

found facts. Stevenson's conviction was final as of the dates the *Booker* and *Blakely* decisions were issued. Stevensen's claim is foreclosed because, as we recently held, "*Booker* does not apply retroactively to convictions that became final prior to its publication." *United States v. Cruz*, 423 F.3d 1119, 1119–120 (9th Cir.2005). *See also, Schardt v. Payne*, 414 F.3d 1025, 1036 (9th Cir.2005) (holding in a 28 U.S.C. § 2254 habeas action that *Blakely* does not apply retroactively to cases on collateral review). Consequently, we affirm the district court.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.